**B18 (Official Form 18) (12/07)**

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 10−27863−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Russell A Raia<br>51 Maple Ave<br>Asbury, NJ 08802−1021 | Dana M Raia<br>51 Maple Ave<br>Asbury, NJ 08802−1021 |

Social Security No.:

| | |
|---|---|
| xxx−xx−7632 | xxx−xx−3364 |

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: September 29, 2010

Michael B. Kaplan
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: dnorton Page 1 of 1 Date Rcvd: Sep 29, 2010
Case: 10-27863 Form ID: b18 Total Noticed: 17

The following entities were noticed by first class mail on Oct 01, 2010.

| | |
|---|---|
| db/jdb | Russell A Raia, Dana M Raia, 51 Maple Ave, Asbury, NJ 08802-1021 |
| smg | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | +United States Trustee, Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 510872600 | A-1 Collection Service, 101 Grovers Mill Rd., Suite 303, Milford, NJ 08848 |
| 510872604 | HomEq Servicing, PO Box 70830, Charlotte, NC 28272-0830 |
| 510872602 | +Home Depot, PO Box 653000, Dallas, TX 75265-3000 |
| 510872603 | +Home Depot, Processing Center, PO Box 653000, Dallas, TX 75265-3000 |
| 510872605 | +Hunterdon Medical Center, C/O Patient Accounts Dept., 2100 Wescott Drive, Flemington, NJ 08822-4604 |
| 510872607 | +Lorraine Raia, 40 Gatehouse Lane, Edison, NJ 08820-4005 |
| 510872609 | +NCO Financial Systems, 507 Prudential Road, Horsham, PA 19044-2368 |
| 511112951 | +New York Community Bank, 1214 Castleton Avenue, Staten Island, NY 10310-1702 |
| 510872610 | +Victory State Bank, c/o Ostrowitz and Ostrowitz, 225 Gordons Corner Road, Suite 1J, Englishtown, NJ 07726-3342 |
| 511162262 | +Victory State Bank, c/o Allen J. Underwood II, Esq., Becker Meisel LLC, 354 Eisenhower Parkway, Suite 1500, Livigston, NJ 07039-1023 |

The following entities were noticed by electronic transmission on Sep 29, 2010.

| | |
|---|---|
| 510872601 | +EDI: CHASE.COM Sep 29 2010 17:38:00 Chase, Po Box 15153, Wilmington, DE 19886-5153 |
| 510872606 | EDI: CBSKOHLS.COM Sep 29 2010 17:38:00 Kohl’s, PO Box 2983, Milwaukee, WI 53201-2983 |
| 510872608 | +EDI: TSYS2.COM Sep 29 2010 17:38:00 Macy’s, 9111 Dule Blvd., Mason, OH 45040-8999 |
| 511198300 | EDI: RECOVERYCORP.COM Sep 29 2010 17:38:00 Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 4

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

**Date: Oct 01, 2010** **Signature:** Joseph Speetjens