Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

        Case No.:  10–27863–MBK  
        Chapter:  7  
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Russell A Raia | Dana M Raia |
| 51 Maple Ave | 51 Maple Ave |
| Asbury, NJ 08802–1021 | Asbury, NJ 08802–1021 |

Social Security No.:  
  xxx–xx–7632                                xxx–xx–3364

Employer's Tax I.D. No.:

---

## NOTICE OF PROPOSED ABANDONMENT

     Andrea Dobin, Trustee for the above–captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than November 4, 2010.

     In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on

DATE:                November 15, 2010  
TIME:                10:00 am  
COURTROOM:     3

     If no objection is filed with the Clerk and served upon the Trustee on or before November 4, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

---

The description of the property to be abandoned is as follows:  
Real estate located at  
51 Maple Avenue  
Asbury, NJ  
Valued at $305,000.00

The liens on the property to be abandoned are as follows  
(including amount claimed due):  
Homeq  
$237,529.15

The amount of equity claimed as exempt by the debtor is:  
$43,250.00

---

     Request for additional information about the property to be abandoned should be directed to the Trustee at:  
Andrea Dobin  
Sterns & Weinroth

50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ 08608
(609) 392–2100

    or the trustee's attorney (if applicable) at:

Dated: October 18, 2010
JJW:

                                                James J. Waldron
                                              Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: lbrakel              Page 1 of 1              Date Rcvd: Oct 18, 2010
Case: 10-27863                Form ID: 154               Total Noticed: 17

The following entities were noticed by first class mail on Oct 20, 2010.
db/jdb         Russell A Raia,   Dana M Raia,   51 Maple Ave,   Asbury, NJ 08802-1021
smg            U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
510872600      A-1 Collection Service,   101 Grovers Mill Rd.,   Suite 303,   Milford, NJ 08848
510872601     +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
510872604      HomEq Servicing,   PO Box 70830,   Charlotte, NC 28272-0830
510872602     +Home Depot,   PO Box 653000,   Dallas, TX 75265-3000
510872603     +Home Depot,   Processing Center,   PO Box 653000,   Dallas, TX 75265-3000
510872605     +Hunterdon Medical Center,   C/O Patient Accounts Dept.,   2100 Wescott Drive,
               Flemington, NJ 08822-4604
510872607     +Lorraine Raia,   40 Gatehouse Lane,   Edison, NJ 08820-4005
510872608     +Macy's,   9111 Dule Blvd.,   Mason, OH 45040-8999
510872609     +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
511112951     +New York Community Bank,   1214 Castleton Avenue,   Staten Island, NY 10310-1702
510872610     +Victory State Bank,   c/o Ostrowitz and Ostrowitz,   225 Gordons Corner Road,   Suite 1J,
               Englishtown, NJ 07726-3342
511162262     +Victory State Bank,   c/o Allen J. Underwood II, Esq.,   Becker Meisel LLC,
               354 Eisenhower Parkway, Suite 1500,   Livigston, NJ 07039-1023

The following entities were noticed by electronic transmission on Oct 18, 2010.
510872606      E-mail/PDF: cr-bankruptcy@kohls.com Oct 19 2010 00:25:50      Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
511198300      E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2010 00:31:03
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 20, 2010**            **Signature:** _Joseph Speetjens_